TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
William D. Burger, Jr., Bar No. 234915
  william.burger@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:  949.622.2700
Facsimile:   949.622.2739

Attorneys for Defendants
COLUMBIA CASUALTY COMPANY;
NAUTILUS INSURANCE COMPANY and
INTERSTATE FIRE & CASUALTY
COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GLENN PETERSEN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; and INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation,<br><br>  Defendants. | Case No. 8:12-cv-00183-JVS-AN<br><br>Hon. James V. Selna<br><br>**JUDGMENT**<br><br>Date:        August 21, 2012<br>Time:       1:30 p.m.<br>Courtroom: 10C |

1144736v1

JUDGMENT

Defendants Columbia Casualty Company, Nautilus Insurance Company and Interstate Fire & Casualty Company's ("Defendants") Motion for Summary Judgment as to the First Amended Complaint of Plaintiff Gregory Glenn Petersen (the "FAC") (Dkt. #9) was heard by this Court on August 20, 2012. The Court, having carefully considered Defendants' motion, all documents filed in support of and in opposition to that motion, and the oral argument relating to that motion, finds that there are no issues of material fact and that Defendants are entitled to judgment as a matter of law as to all claims in the FAC.

Therefore, IT IS ORDERED THAT Defendants' Motion for Summary Judgment is GRANTED and judgment is entered for the Defendants on all claims.

Dated: August 28, 2012

Hon. James V. Selna
United States District Court Judge

,

1144736v1

- 1 -

JUDGMENT